**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 22-51761 | Trustee Name: | Brent A. Stubbins |
|---|---|---|---|
| Case Name: | BLACK RIVER PUMPING SERVICES, LLC | Date Filed (f) or Converted (c): | 06/17/2022 (f) |
| For the Period Ending: | 09/30/2022 | §341(a) Meeting Date: | 08/16/2022 |
| | | Claims Bar Date: | 08/26/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  66790 Executive Drive, St. Clairsville, OH 43950 | $1,124,000.00 | $229,000.00 | | $0.00 | $1,124,000.00 |
| Asset Notes:  Waiting for an offer | | | | | |
| 2  Chase Bank Checking | $0.01 | $0.01 | | $0.00 | FA |
| 3  Accounts receivable | $18,000.00 | $18,000.00 | | $0.00 | $18,000.00 |
| Asset Notes:  Investigating | | | | | |
| 4  Raw materials Metal pipe, unknown quantity (may have been sold) and tools at St. Clarisville Unknown Value Unknown | $0.00 | $0.00 | | $0.00 | FA |
| 5  Office furniture Small office desk $1,000.00 | $0.00 | $0.00 | | $0.00 | FA |
| 6  One (1) Peterbilt Trailer (9627) wrecked March 2022 by Black River Logistics, LLC $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 7  One (1) Peterbilt Trailer $0.00 | Unknown | $0.00 | | $0.00 | FA |
| 8  Mechanics Lien for a well that was not paid against Omni Energy Group, LLC $18,240.00 Recorded with Belmont County Recorder in Volume 893, page 5110 | Unknown | $0.00 | | $0.00 | FA |
| 9  Potential claims against Dunyasha Yetts for embezzlement and tortious interferences | Unknown | $0.00 | | $0.00 | FA |
| 10  Potential claim against Black River Logistics, LLC, for using the assets of Black River Pumping Services, LLC, in its operations | Unknown | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                    **Gross Value of Remaining Asset**

|  | $1,142,000.01 | $247,000.01 | | $0.00 | $1,142,000.00 |

**Major Activities affecting case closing:**
FOR 9/30/2022 TIR - CONCLUDED 341 9/22. WAITING ON OFFER FOR REAL ESTATE TO SEE IF I NEED TO HIRE A REALTOR.

| Initial Projected Date Of Final Report (TFR): | 03/31/2023 | Current Projected Date Of Final Report (TFR): | 05/18/2023 | /s/ BRENT A. STUBBINS |
|---|---|---|---|---|
| | | | | BRENT A. STUBBINS |